UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON AUBRY,<br><br>               Plaintiff,<br>vs.<br><br>USAA GENERAL INDEMNITY CO., a foreign insurer,<br><br>               Defendant. | CASE NO.: 2:25-cv-01577-JHC<br><br>**ORDER DISMISSING CASE IN ITS ENTIRETY WITH PREJUDICE** |

The Court has reviewed the parties' Stipulation for Dismissal of the Entire Case with Prejudice, Dkt. # 7, and good cause appearing,

IT IS HEREBY ORDERED that this case be dismissed in its entirety with prejudice, each party to bear their own fees and costs.

The Clerk of Court is directed to close this case and terminate it in the CM/ECF system.

SO ORDERED.

DATED: September 30, 2025.

                                                     John H. Chun
                                                     United States District Judge